# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | |
| Plaintiff, | Adversary Proceeding Case No. 19-50743 (BLS) |
| vs. | |
| BONNIE GAE GRIEFF, IN HER CAPACITY AS TRUSTEE OF THE BONNIE GAE GRIEFF FAMILY TRUST DATED 12/04/16; BONNIE GAE GRIEFF, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NEW YORK   )

I, Alison Moodie, being duly sworn, depose and state:

1.      I am a Senior Case Manager with Epiq Class Action and Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 777 Third Avenue, New York, New York 10017.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2. On January 14, 2021 at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to the Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Notice of Voluntary Dismissal of Adversary Proceeding** [Adv. Docket No. 23] to be delivered by first class mail to the following party: *Bonnie Gae Grieff FT DTD 12/04/06 201 S 375 W, Providence, UT 84332* (Defendant Party).[3]

/s/ *Alison Moodie*
Alison Moodie

Sworn to before me this
15th day of January, 2021
*/s/ Panagiota Manatakis*

Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

---

[3] The envelope used for service on the party included a legend, which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."